Jared M. Katz, State Bar No. 173388
*jkatz@mullenlaw.com*
MULLEN & HENZELL L.L.P.
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone:  (805) 966-1501
Facsimile:  (805) 966-9204

Attorneys for Plaintiffs
Lee McPherson, Canndescent JV, LLC,
now known as Can JV, LLC, and
MSLTD, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LEE MCPHERSON; CANNDESCENT JV, LLC, now known as CANJV, LLC; and MSLTD, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>FIORE MANAGEMENT, LLC, formerly known as CANNDESCENT, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendants. | **Case No. 2:21-cv-01086-CAS-MAA**<br><br>PROTECTIVE ORDER |

1
PROTECTIVE ORDER

Based on the stipulation of Plaintiffs Lee McPherson, Canndescent JV, LLC (now known as Can JV, LLC), and MSLTD, LLC (together, "Plaintiffs"), and Defendant Fiore Management, LLC (formerly known as Canndescent, LLC) ("Defendant") (collectively, the "Parties"), the Court hereby orders as follows:

1. The Parties may treat their Settlement Agreement and Release entered into on or around January 18, 2019, between Plaintiffs and Defendant ("Settlement Agreement") as confidential and file it under seal in this action.

2. In any case where the Settlement Agreement is to be lodged or filed with the Court, the filing Party will seek to submit it separately under seal in accordance with Local Rule 79.5-2-2. The Parties shall meet and confer regarding the procedures for use of Confidential Materials at trial and shall discuss such procedures with the Court prior to or at the time of trial.

Good cause appearing, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: 03/22/2021

_____
The Honorable Maria A. Audero
United States Magistrate Judge
for the Central District of California